UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> V. ) <br> ) <br> JOSEPH MATZ ) <br> ) <br> ) | 04 CR 10332 RCL <br><br> CRIMINAL NO. <br><br> VIOLATION: <br> 18 U.S.C. § 2113(a) <br><br> Bank Robbery |

### INDICTMENT

COUNT ONE:
18 U.S.C. § 2113(a)
(Bank Robbery)

The Grand Jury charges that:

On or about November 12, 1999, at Boston, in the District of Massachusetts,

**JOSEPH MATZ,**

defendant herein, did, by force and violence and by intimidation, take from the person and presence of employees of BankBoston, 175 Federal Street, Boston, Massachusetts, money in the amount of $2,710, more or less, belonging to and in the care custody, control, management and possession of said BankBoston, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113 (a).

## **NOTICE OF ADDITIONAL FACTORS**

The Grand Jury further charges that:

In committing the offense charged in Count One of this indictment, defendant JOSEPH MATZ:

1. Committed an offense in which the property of a financial institution was taken, and in which the taking of such property was an object of the offense, as described in U.S.S.G. § 2B3.1(b)(1).

2. Committed an offense in which a threat of death was made, as described in U.S.S.G. § 2B3.1(b)(2)(F).

A TRUE BILL

                                                        FOREPERSON OF GRAND JURY

Sandra S. Bower
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, November 3, 2004. @ 12:51 PM

Returned into the District Court by the Grand Jurors and filed.

                                                        Deputy Clerk

**04CR 10332 RCL**

&JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

Place of Offense: __175 Federal St.__  Category No. __II__  Investigating Agency __FBI__

City __Boston__   Related Case Information:

County __Suffolk__

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Joseph Matz__   Juvenile  ☐ Yes  ☒ No

Alias Name __Samuel Daniel Raines__

Address __93 Hancock Street, Springfield, MA 01109-3646__

Birth date (Year only): __1969__  SSN (last 4 #): __6861__  Sex __M__  Race: __Hisp/black__  Nationality: __US__

Defense Counsel if known: _____  Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Sandra S. Bower__   Bar Number if applicable __0787700 (Florida)__

Interpreter:  ☐ Yes  ☒ No   List language and/or dialect: _____

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested   ☐ Regular Process   ☒ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☒ Already in State Custody  __Souza-Baranowski CC__  ☒ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:  ☐ Complaint  ☐ Information  ☒ Indictment

Total # of Counts:  ☐ Petty ___  ☐ Misdemeanor ___  ☒ Felony __1__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __Nov. 3, 2004__   Signature of AUSA: __Sandra S. Bower__

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    Joseph Matz

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 USC 2113(a) | Bank Robbery | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**