FINANCIAL AFFIDAVIT

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) | |

IN THE CASE OF

| U S | v.s. Joseph Matz | FOR | | LOCATION NUMBER |
| | | AT | | |

PERSON REPRESENTED (Show your full name)

| 1 ☐ Defendant—Adult |
| 2 ☐ Defendant - Juvenile |
| 3 ☐ Appellant |
| 4 ☐ Probation Violator |
| 5 ☐ Parole Violator |
| 6 ☐ Habeas Petitioner |
| 7 ☐ 2255 Petitioner |
| 8 ☐ Material Witness |
| 9 ☐ Other |

DOCKET NUMBERS

Magistrate

District Court
04-10332-RCL

Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →)   ☐ Felony   ☐ Misdemeanor

18 USC 2113(a)

## ASSETS

### EMPLOYMENT

Are you now employed?   ☐ Yes   ☒ No   ☐ Am Self-Employed

Name and address of employer: _____

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed?   ☐ Yes   ☐ No

IF YES, how much does your Spouse earn per month? $ N/A

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

### OTHER INCOME

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?   ☐ Yes   ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED $ N/A    SOURCES

### CASH

Have you any cash on hand or money in savings or checking accounts?   ☐ Yes   ☐ No   IF YES, state total amount $ _____

### PROPERTY

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?   ☐ Yes   ☐ No

IF YES, GIVE THE VALUE AND $ DESCRIBE IT

VALUE    DESCRIPTION

## OBLIGATIONS & DEBTS

### DEPENDENTS

MARITAL STATUS
✓ SINGLE
___ MARRIED
___ WIDOWED
___ SEPARATED OR DIVORCED

Total No. of Dependents

List persons you actually support and your relationship to them

### DEBTS & MONTHLY BILLS
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.   Executed on (date) 12-1-04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ Joe Matz