UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

      V.                            CRIMINAL NO. 04-10332-RCL

JOSEPH MATZ
        Defendant

## MOTION TO BE ALLOWED TO WITHDRAW

Undersigned counsel hereby requests that this Court permit her to withdraw as court appointed counsel for the defendant, Joseph Matz. The defendant's family has retained counsel, Jonathan Shapiro, Stern, Shapiro, Weissberg & Garin, 90 Canal Street, Boston, MA 02114. Attorney Shapiro has filed an appearance.

Dated: December 13, 2004

                                      By:

                                      /s/Lois Lewis
                                      74 Fuller Terrace
                                      West Newton, MA 02465
                                      Tel: (617) 969-4854
                                      BBO # 298580