AO 458 (Rev. 10/95) Appearance

# United States District Court
## DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 12/10/04
By [signature] 3:00pm
Deputy Clerk

**APPEARANCE**

CASE NUMBER: 04-10332-RCL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for  Joseph Matz

I certify that I am admitted to practice in this court.

12/10/04
*Date*

[signature]
*Signature*

JONATHAN SHAPIRO
*Print Name*                                    *Bar Number*

90 CANAL ST
*Address*

BOSTON           MA           02114
*City*           *State*      *Zip Code*

617-742-5800     617-742-5858
*Phone Number*   *Fax Number*

This form was electronically produced by Elite Federal Forms, Inc.