UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                             )
UNITED STATES OF AMERICA,    )
                             )
    Plaintiff,               )
                             )
    v.                       )    CRIMINAL NO. 04CR10332-RCL
                             )
JOSEPH MATZ,                 )
                             )
    Defendant.               )
_____)
```

**DEFENDANT'S (ASSENTED TO) MOTION TO CONTINUE HEARING**

Defendant Joseph Matz, by his attorney, hereby moves this Court to continue the hearing on Defendant's Motion for Discovery to the afternoon of Wednesday, April 19, 2005, on the ground that defendant's counsel is presently on trial in Suffolk Superior Court in the matter of <u>Commonwealth v. Harold Parker</u>, No. SUCR2001-11149, a first degree murder case, which trial is not expected to conclude before the week of April 11th, 2005.  The government's attorney who is not available during the week of April 11, 2005, has assented to this motion.

                                              JOSEPH MATZ,
                                              By his Attorney,

                                              /s/ *Jonathan Shapiro*
                                              Jonathan Shapiro
                                              BBO No. 454220
                                              Stern, Shapiro, Weissberg
                                               & Garin, LLP
                                              90 Canal Street, Suite 500
                                              Boston, MA 02114-2022
                                              617-742-5800

Dated: March 29, 2005