```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
         v.                 )    CRIMINAL NO.: 04-10332-RCL
                            )
JOSEPH MATZ,                )
                            )
Defendant.                  )
                            )
```

**NOTICE OF APPEARANCE OF S. WAQAR HASIB**

Please enter and add the appearance of Special Assistant U.S. Attorney S. Waqar Hasib for the United States of America in the above-captioned matter.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By:  /s/ S. Waqar Hasib
                              S. WAQAR HASIB
                              Special Assistant U.S. Attorney
                              1 Courthouse Way, Suite 9200
                              Boston, MA 02210
                              (617) 748-3674
Dated: June 22, 2005          waqar.hasib@usdoj.gov
```

<u>CERTIFICATE OF SERVICE</u>

Suffolk, ss.                                Boston, Massachusetts
                                            June 22, 2005

    I, S. Waqar Hasib, Special Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing on defendant's attorney, Jonathan Shapiro, Esq., by electronic filing.


                                            <u>/s/ S. Waqar Hasib</u>
                                            S. WAQAR HASIB
                                            Special Assistant U.S. Attorney