UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA          )
                                  )
        v.                        ) CRIMINAL NO. 04-10332-RCL
                                  )
JOSEPH MATZ                       )
                                  )
        Defendant                 )


           JOINT MEMORANDUM FOR FINAL STATUS
                      CONFERENCE


   The United States and counsel for defendant Matz file this joint memorandum pursuant to Local Rule 116.5(C) and state as follows:

(1) There are no outstanding discovery issues.

(2) The parties do not anticipate providing additional discovery.

(3) The defendant does not intend to raise a defense of insanity or public authority.

(4) The defendant is not asserting an alibi.

(5) The defense has not filed, and does not intend to file, any motion to sever, dismiss, or suppress, or any other motion requiring a ruling by the District Court before trial.

(6) There is no need to schedule any other matter in this case.

(7) The parties believe the case will be resolved by plea. The terms of the plea agreement are yet to be determined.

(8) The parties agree that the following periods of time are excludable for purpose of the Speedy Trial Act:

- December 1-10, 2004 (10 days) - Pursuant to 18 U.S.C. §3161(h)(1)(F).
- December 11-January 5, 2005 (25 days) - Pursuant to Local Rule 112.2(A)(2).
- January 20, 2005 - February 4, 2005 (14 days) - Pursuant to Local Rule 112.2(A)(3).
- February 28, 2005 - April 27, 2005 (58 days) - Pursuant to 18 U.S.C. §3161(h)(1)(F) and this Court's electronic order dated April 26, 2005.
- April 28, 2005 - May 28, 2005 (30 days) - Pursuant to 18 U.S.C. §3161(h)(1)(J).
- June 17, 2005 - June 24, 2005 (7 days) - Pursuant to 18 U.S.C. §3161(h)(8)(A), to negotiate terms of a plea agreement.

(9) The parties anticipate the case will be resolved by plea, but if the case went to trial it would last 3 to 5 days.

                        Respectfully submitted,

                        MICHAEL J. SULLIVAN
                        United States Attorney

By: /s/ S. WAQAR HASIB
    S. WAQAR HASIB
    Spec. Asst. U. S. Attorney
    1 Courthouse Way, Suite 9200
    Boston, MA 02210
    (617)748-3184