# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF MASSACHUSETTS*

Criminal No. 04-10332-RCL

UNITED STATES OF AMERICA

v.

JOSEPH MATZ

### *FINAL STATUS REPORT*

June 29, 2005

**BOWLER, U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Indictment in the above-entitled case, which charges the defendant with bank robbery, was returned on November 3, 2004;

2. The defendant was arraigned on the Indictment on December 10, 2004;

3. The defendant is in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately six to eight witnesses and that the trial would last approximately two to three days;

5. Counsel for the defendant has indicated the case will be resolved by way of a plea of guilty;

6. As of the date of this Final Status Report, the parties have agreed to exclude the time through June 27, 2005;

7. This case is hereby returned to the district judge to whom this case is assigned.

/s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge