UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


To the Marshal of the District of Massachusetts, or any of his deputies, and to:

**Superintendent, MacDougall-Walker Correctional Institution                    1153 East Street South, Suffield, CT  06080**


YOU ARE COMMANDED to have the body of **Joseph Matz** now in your custody, before the United States  Courthouse, One Courthouse Way, Boston, MA Courtroom No. **11**, on **April 20, 2006** at **10:00AM**, for the purpose of **a Rule 11 Hearing/Sentencing** in the case of **United States v. Joseph Matz** No. **04-10332-RCL**


And you are to retain the body of said **Joseph Matz** while before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return the said **Joseph Matz** to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid.  And have you then and there this Writ with your doings herein.


Dated this 7th day of March, 2006.


Sarah A. Thornton

Clerk,


By: /s/ Lisa M. Hourihan