```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )
        V.                      )
                                )    No.  04-10332-rcl
                                )
JOSEPH MATZ,                    )
            Defendant           )
```

### MOTION FOR WITHDRAWAL

The undersigned Assistant United States Attorney respectfully moves to withdraw from this case, and terminate the previously filed appearance in this matter. As grounds therefor, the undersigned notes that Assistant United States Attorney has filed a notice of appearance S. Waqar Hasib (Docket 22) and will be representing the government in this case.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney


                    By:  /s/ Sandra S. Bower
                         SANDRA S. BOWER
                         Assistant U.S. Attorney
```