# Exhibit A



UNIVERSITY of MASSACHUSETTS BOSTON
100 Morrissey Blvd.
Boston, MA 02125-3393

Graduate Programs in Dispute Resolution
617.287.7421
Fax: 617.287.7412
E-mail: disres@umb.edu
website: www.disres.umb.edu

MAR 2 3 2006

March 8, 2006

Hon. Reginald C. Lindsay
United States District Judge
U.S. Courthouse
One Courthouse Way
Boston, Mass 02210

Dear Judge Lindsay,

    Joseph Matz will be coming before you on April 20 for a sentencing hearing. I am his father and I want to provide my perspective about him.

    As a small child Joe had a history of getting into trouble, and this continued into his teen years. Though the problems were not trivial, there were no occasions when anyone was physically injured as a result of Joe's behavior. I know that later there were a couple of times, in jail when Joe got into fights. Though I can't know for sure, I find it hard to believe that Joe initiated those fights. This is especially the case since the fights were with guards, so there was no chance at all of his prevailing in any of them.

    Once Joe became a teenager, the dominant impact on his life came from drugs. He has gone through some times when he was able to keep himself from using them, and other times when he couldn't. As he has gotten older he has become increasingly reflective about his vulnerabilities and about what he needs to protect himself from the attraction of drugs. As with anyone with a drug history, the attraction problem will always be there for him. I think he has the determination to overcome that attraction.

    Joe wants passionately to live a "normal" life. He has spoken of that often and ardently. Perhaps most passionately he wants to have children. To listen to him talk about other people's children is to understand how important it is for him to raise a child and to take on that responsibility. Of course, that cannot happen immediately after his release, but it is a goal that he has nurtured for a long time and that drives him deeply.

      The key decision for you will be whether the sentence Joe receives will extend his stay in prison beyond what he now needs to serve. You have to take many things into consideration, and I would comment on just one of them. Joe has come a long way in jail, in thinking about himself, in reading and studying, and in imagining his future. The transition back to life on the outside will of course be difficult, but a longer stay in jail runs the big risk of making him yet more institutionalized. What he has learned from prison about himself and his vulnerabilities will not be better learned with a longer sentence.

      Thank you for your consideration.

Sincerely,

David Matz