# Exhibit B

## DUSHOFF ASSOCIATES

April 17, 2006

The Honorable Reginald C. Lindsay
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Dear Judge Lindsay:

Joseph Matz, my nephew, will be appearing before you on Thursday for sentencing for bank robbery. Joe has been incarcerated since 1998 for similar offenses in Massachusetts and Connecticut.

Enclosed please find a copy of a letter which we received from Joe within the past two weeks. It was part of our normal correspondence and was neither solicited nor prompted. His thoughts and self assessment encouraged me to write to you.

3900 Ford Road
Philadelphia, PA 19131
(215) 477-5717

leedushoff@aol.com
www.dushoff.com
(215) 477-5762 facsimile

Page 2

There are many things I do not know:

1. Whether Joe will be able to control his "demons" and live a productive life as a law-abiding citizen.

2. Whether Joe would have received concurrent sentences had his Federal trial taken place closer to the time of the crime.

What I do know:

1. Joe has a supportive family who wants to help him succeed.

2. He will (sooner or later) be released from prison and have to prove to himself and to society that he can make it on the "outside."

3. Additional prison time will not improve his chances of success.

Thank you for your consideration.

Respectfully,

Lee Dushoff

Dear Uncle Lee and Aunt Elaine,

I recieved your letter today and I am answering you as quickly as possible. To answer your question in regards to the letter to the judge I think you can just write about our history, your opinions about my struggles, and your closeness and belief in me. I just want the judge to know that I have people who care about me out there and that I am more than just the record in front of him. Write about some of the things we talked about when you came to visit. I just want him to know a little about me and the people that are close to me. Send the letter to my lawyer, Jonathan Shapiro 90 Canal St Boston Mass 02114-2022. The judges name is Lindsay, Judge Lindsay.

Anyway, Im hanging in there, reading alot, and finishing my correspondance course. No word yet on the computer course. When I get back from court I will make some more noise. To answer your question about what I'm reading i am reading a book called "the Perfect team" a basketball book. I am also reading a book called "on Eagles wings" the story about "Ezer Weizman", the old Israeli leader who died last year. Your other question about have I thought about what we talked about? Yes, I have thought about it. I am eager to put it into practice when I get out. We talked about

what to do to not go through the stop sign, a metaphor for what to do when I am on the brink of picking up a drink or a drug, also recognizing the signs that I am approaching that intersection, and finally dealing w/ our demons. those were the 3 main points we discussed, right. also we talked about not putting yourself in positions that you will be tempted. Remember you used the naked woman / hotel room analogy?

You didn't think I would remember, huh? well I do listen, I listen to everybody who is able to live life on lifes terms, because that is something I have yet to do.



Love always
Joseph

P.S. remember I go to court 4-20-06 so the letter has to be there within the next 1½ weeks, ok. not to rush you.