# Exhibit A

7-1 (Rev. 5-13-99)

# FBI LABORATORY
## FEDERAL BUREAU OF INVESTIGATION
## WASHINGTON, D. C. 20535

To: SAC, Boston
    Squad C-6 (P)

Date: November 22, 2000

(13)

Case ID No.: 91A-BS-85677

Lab No.: 991201010 FV CY

Reference: Communication dated November 17, 1999

Your No.:

Title: UNSUB(S);
BANKBOSTON,
175 FEDERAL STREET,
BOSTON, MA;
11/12/99

Date specimens received: December 1, 1999

This report supplements and completes FBI Laboratory report (991201010 FV) dated January 6, 2000. Refer to that report for a complete listing of the submitted specimens.

The result of the latent print examination is included in this report.

Specimens Q1 through Q6 are enclosed.

Enclosures (6)

91A-BS-85677

Page 1 of 2

This Report is Furnished for Official Use Only

**FBI LABORATORY**

# FEDERAL BUREAU OF INVESTIGATION
## WASHINGTON, D. C. 20535

## Report of Examination

| | | | |
|---|---|---|---|
| Examiner Name: | Janice Norris Little | Date: | November 22, 2000 |
| Unit: | Latent Print | Phone No.: | (202) 324-5166 |
| Case ID No.: | 91A-BS-85677 | Lab No.: | 991201010 FV CY |

Results of Examinations:

  A latent print examination of Q1 and Q2, two withdrawal slips, and Q3 through Q6, four lifts, was conducted and thirty-six latent fingerprints and two latent palm prints of value are present or were developed on Q1, Q2 and Q5.

  Thirty-five latent fingerprints on Q1 and Q2 have been identified as fingerprints of JOSEPH D. MATZ, FBI #735946HA5, as follows:

   Twenty on Q1, handwritten demand note on the back of a
    BankBoston Checking/Money Market Account Withdrawal
    Slip beginning "I want 2,000 dollars..."
   Fifteen on Q2, blank BankBoston Checking/Money Market
    Account Withdrawl Slip

  The remaining latent fingerprint was compared, insofar as possible, with the available fingerprints of MATZ, but no identification was effected. Clearly and completely recorded inked impressions of the tip areas of the fingers are needed for a conclusive comparison. Palm prints are not available for this individual.

  Inked prints of MATZ, recorded in connection with this case, should be submitted to the Latent Print Unit with correspondence referenced to Laboratory Number 991201010 FV CY. These prints will be used for comparison purposes and any latent print testimony you may desire in this matter.

LPU - Page 2 of 2

This Report is Furnished for Official Use Only