# Exhibit B

Dear Judge Lindsay

I am opting to put some words on paper because often times for me it is easier to express myself when I have ample time to reflect on my thoughts.

I wanted to share a bit about why I believe this time will be different than the other times I have been released from prison, and attempted to remain clean. The short answer is I have had enough. I have hit bottom and I am ready to live life on life's terms. While this is certainly true it is a bit simplistic. The whole truth is a bit more involved than simply being sick and tired of being sick and tired.

It isn't enough to simply search for the absence of pain you have to add something good to your life. For awhile I have wanted to have a family of my own. Much of these yearnings come from me being adopted and never truely feeling attached. In addition to this, the pain I feel from knowing that my first and only daughter was lost to me under circumstances which closely resemble my own past has been the final straw that broke the proverbial camel's back. This will have been the penultimate step in my enevitable demise unless I do something to break the cycle.

This loss of my daughter initially devestated me. I felt like a complete and utter failure. It was especially crushing after the drugs had been completely weaned from my system and I was able to think and more important feel clearly. That I would allow the very thing that has plagued me my entire life, the feeling of inadequacy and

abandonment, to be repeated in my offspring is almost unforgivable to me. I sat with this feeling for months until I realized that I couldn't change what had happened with my daughter Krista, but I could change for myself to be sure that nothing like this ever happens again. So as painful as it was, and to a lesser extent still is, I had to let it go.

Instead of allowing it to destroy me I am using it as motivation to never allow my addiction to destroy me or the people I love again. Through this loss it became apparent to me how much I yearn to have a baby. When I held my newborn daughter in my arms it was spiritual. I was looking at the most beautiful creation ever, when she looked up at me with her little eyes that I helped make I felt overwhelmed and tears began to stream down my cheeks. I realized then that there is something bigger than me in this world, and that in order to know true happiness you have to give, give of yourself to another. My redemption I believe is going to come through the love I have in me. Love for a child can be healing and cathartic I have found. I know that it is overly simplistic to believe that I can just have a baby and my life is going to be fixed. I'm simply saying that is in this vein where my healing and change will begin.

I am really trying to say that I never had this feeling before, of a higher purpose. I have a belief now that I can salvage some worth out of the remainder of my life, a purpose despite the wreckage of my past. I know this can be enough to fight off the demons when I am released. To be able to gain a foundation in which to start a family will be my initial goal upon release. I wanted you to know that <u>this is what is going to be different, being released with a purpose which I feel passionate about.</u> Sincerely, Joseph M