# Exhibit C

Dear Judge Lindsey, 17 April, 2006

I am writing to you on behalf of my little brother Joseph Daniel Matz. My little brother was adopted into our loving home when he was two months old. Unlike his big brother Sam who was adopted straight from the hospital at four days of age, Joe had started his life in foster care.

Joe didn't love being held at first no doubt because he hadn't been held those first couple of months, but with doting parents and a nine year old sister, love was poured on Joe from two months on.

Joe was a fast, bright and fun addition to the family, loved and appreciated by all. This is not to say that the normal rounds of sibling rivalry did not exist, especially from his big sister Paddington whose throne was somewhat over taken with the addition of two boisterous boys just ten months apart.

My family tried to stay in as integrated a neighborhood as possible and send Joe to the best schools for his slight learning disabilities.

When Joe was around six years old, my parents got divorced ( My "Father" had adopted me too at age five nearly a year after my biological father had died). My parents supported Joe in the most nurturing of ways possible for the situation at hand, two houses, 2 bikes, 2 everything… an agreement to stay within a four mile radius of each other so that they could see all if us every day.

We went between their homes every other day and every other weekend. This may sound odd on the outside but it was nice to see both parents everyday.

As I was significantly older, I was busy in collage and life beyond while my brothers were teenagers.

I think Joe's choice of friends was not always the best and he got into bits of trouble here and there. Perhaps, my parents figuring out their own lives, while Joe was learning his limits was not the best paralleling.

But that is all the past, through all of my visits, letters and phone calls during Joe's time in prison, I feel that he has been readying himself for the real world, through extensive reading, studying, taking courses in computer programming to enable himself to have some usable career skills for when he gets out.

I cannot see any benefit for Joe to stay in prison, both for issues of making it more difficult to de-institutionalize as well as how does it benefit the State ? I really feel that Joe is ready to make it on his own.

Sincerely,

Paddington M. Zwigard   ps  please feel free to call me for any questions 646.645.4646